IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN P. PATTERSON | § | |
| VS. | § | CIVIL ACTION NO. 1:07cv469 |
| JEFFERSON COUNTY CORR. FACILITY | § | |

MEMORANDUM ORDER ADOPTING THE MAGISTRATE<br>JUDGE'S REPORT AND RECOMMENDATION

John P. Patterson, proceeding *pro se*, filed the above-styled petition for writ of habeas corpus. The court referred the matter to the Honorable Earl S. Hines, United States Magistrate Judge, for consideration pursuant to applicable orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending this petition be dismissed without prejudice for failure to exhaust state habeas remedies.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the records, pleadings and all available evidence. No objections to the Report and Recommendation were filed by the parties.

ORDER

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. A final judgment will be entered dismissing the petition.

**SIGNED** this the 25 day of **September, 2007.**

_____
Thad Heartfield
United States District Judge